**Gary DAY, Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2008–7097.

United States Court of Appeals, Federal Circuit.

Aug. 26, 2008.

Gary Day, Willow Springs, MO, pro se.

Hillary A. Stern, Department of Justice, Washington, DC, for Respondent–Appellee.

## ORDER

Appellant having filed the required brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

Appellee should compute the due date for filing its brief from the date of filing of this order.